FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 3:28 pm, May 21, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| GEORGE PIGGEE, <br><br>    Plaintiff, <br><br>   v. <br><br> WILLIE GASKIN; EAGLE EXPRESS LINES, INC.; and AARON RAYNELL SHARPE, <br><br>    Defendants. | CIVIL ACTION NO.: 2:19-cv-25 |

**O R D E R**

This matter is before the Court on the parties' Third Consent Motion to Stay Proceedings. Doc. 40. The parties request the Court stay the proceedings in this case until the resolution of pending criminal charges against Defendant Sharpe. Id. at 1–3. After careful consideration and for good cause shown, the Court **GRANTS** the parties' Motion.

THEREFORE, IT IS HEREBY **ORDERED** that all proceedings in this case are **STAYED** for a period of 90 days from the date of this Order, pending resolution of the criminal charges pending against Defendant Sharpe. The Court also **ORDERS** the parties to apprise the Court of the status of the criminal prosecution prior to the expiration of this stay and whether the parties will need an extension of this stay.

**SO ORDERED**, this 21st day of May, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA