# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| GEORGE PIGGEE,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIE GASKIN; EAGLE EXPRESS LINES, INC.; and AARON RAYNELL SHARPE,<br><br>    Defendants. | CV 2:19-025 |

## ORDER

Before the Court is the parties' consent motion for dismissal, dkt. no. 76, wherein they notify the Court that they wish to dismiss all claims asserted against Defendant Aaron Sharpe with prejudice. All parties who have appeared in this matter join in the motion for dismissal. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the motion to dismiss is **GRANTED**, and all claims asserted against Defendant Sharpe are hereby **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate Defendant Sharpe as a party to this lawsuit. Accordingly, Sharpe's motion to dismiss, dkt. no. 63, is **DENIED as moot.** Plaintiff's claims against the other Defendants remain pending.

**SO ORDERED**, this \_\_\_ day of August, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA